## THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>      Petitioner,<br><br>v.<br><br>FINANCIAL ASSET MANAGEMENT, INC.,<br><br>      Respondent. | **ORDER TO SHOW CAUSE**<br><br>Case No. 2:23-cv-00382-HCN-JCB<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Jared C. Bennett |

      Petitioner, Consumer Financial Protection Bureau ("Bureau"), having filed a Petition to Enforce Civil Investigative Demand ("CID") against Respondent Financial Asset Management, Inc. ("Respondent"), the court having considered the Petition and documents filed in support thereof, and good cause having been shown, the court being fully advised in this matter, and there being no just cause for delay:

      IT IS HEREBY ORDERED that, within 21 days of service of a copy of this Order, Respondent shall, in writing, show cause, if there be any, why an Order Compelling Compliance with the CID should not be granted in accordance with the Petition filed by the Bureau.

      IT IS FURTHER ORDERED:

      1.     A copy of this Order, together with the Petition and its exhibits, shall be served in accordance with Rule 4.1(a) of the Federal Rules of Civil Procedure and 12 U.S.C. § 5562(e)(2) upon Respondent within 21 days of the date that this Order is served upon counsel for the Bureau. Proof of service must be made to the court pursuant to Rule 4(*l*) unless Respondent has waived service. Pursuant to Rule 4.1(a), the court hereby appoints E. Vanessa Assae-Bille, or any other person designated by the Bureau, to effect service in this case.

2. Proof of service completed pursuant to paragraph 1, above, shall be filed with the court as soon as practicable.

3. The file in this case reflects a showing that the CID is within the Bureau's investigative authority, seeks relevant information, is not too indefinite or burdensome, and was issued pursuant to all procedural requirements required by the Consumer Financial Protection Act of 2010 and its implementing regulations.

4. If Respondent has any defense to present or opposition to the Petition, such defense or opposition shall be made in writing and filed with the court and copies served on counsel for the Bureau 21 days after Respondent has been served with this Order pursuant to paragraph 1. The Bureau may file a reply memorandum to any opposition within 14 days after Respondent has filed any opposition.

5. If the court determines that a show cause hearing is appropriate, only those issues brought into controversy by the responsive pleadings and factual allegations supported by the Assae-Bille Declaration will be considered. Any uncontested allegation in the petition will be considered admitted.

IT IS SO ORDERED.

DATED this 23rd day of June 2023.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge