## THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **CONSUMER FINANCIAL PROTECTION BUREAU,** | **ORDER** |
| **Petitioner,** | |
| **v.** | **Case No. 2:23-cv-00382-HCN-JCB** |
| **FINANCIAL ASSET MANAGEMENT, INC.,** | **District Judge Howard C. Nielson, Jr.** |
| **Respondent.** | **Magistrate Judge Jared C. Bennett** |

District Judge Howard C. Nielson, Jr. referred this case to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(B).[1] Before the court is Respondent Financial Asset Management, Inc.'s consent motion for a temporary stay of this case.[2] For the reasons set forth in the motion, for good cause shown, and based upon the parties' stipulation, the court GRANTS the motion. Accordingly, the court HEREBY ORDERS:

1.      This case is STAYED until April 14, 2025.

2.      The parties must file a joint status report on or before April 21, 2025, to notify the court of the status of this case and any remaining disputes over compliance with the civil investigative demand.

---

[1] ECF No. 5.

[2] ECF No. 34.

IT IS SO ORDERED.

DATED this 13th day of February 2025.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge