BENJAMIN CLARK (IL Bar No. 6316861)
E-mail: benjamin.clark@cfpb.gov
Phone: (202) 435-7871
CONSUMER FINANCIAL PROTECTION BUREAU
1700 G Street, NW
Washington, D.C. 20552

*Attorneys for Petitioner*

Sarah T. Reise (*admitted pro hac vice*)
Nathan R. Marigoni (Utah Bar No. 14885)
TROUTMAN PEPPER LOCKE LLP
600 Peachtree Street NE Suite 3000
Atlanta, Georgia 30308
Sarah.Reise@troutman.com
Nathan.Marigoni@troutman.com
(404) 885-3000

*Attorneys for Respondent*
*Financial Asset Management, Inc.*

IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>                    Petitioner,<br><br>v.<br><br>FINANCIAL ASSET MANAGEMENT, INC.,<br><br>                    Respondent. | **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Case No. 2:23-cv-00382-HCN-JCB<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Jared C. Bennett |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Petitioner and Respondent stipulate that the above-captioned action is voluntarily dismissed against Respondent, with prejudice, with each party bearing its own costs, expenses, and attorneys' fees.

1

Dated: April 18, 2025                                  Respectfully submitted,

Mark Paoletta
*Chief Legal Officer*
Victoria Dorfman
*Senior Legal Advisor*
Cara Petersen
*Acting Enforcement Director*
Deborah Morris
*Deputy Enforcement Director*
Emily Sachs
*Assistant Litigation Deputy*

/s/Benjamin Clark
BENJAMIN CLARK
IL Bar No. 6316861
E-mail: benjamin.clark@cfpb.gov
Telephone: 202-435-7871

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552

*Attorneys for Petitioner*
*Consumer Financial Protection Bureau*

/s/Sarah T. Reise
Sarah T. Reise (*admitted pro hac vice*)
Nathan R. Marigoni (Utah Bar No. 14885)
TROUTMAN PEPPER LOCKE LLP
600 Peachtree Street, NE, Suite 3000
Atlanta, Georgia 30308

*Attorneys for Financial Asset Management, Inc.*